JOSEPH ORTUNO, ESQ.
Nevada Bar No. 11233
TRACEE DUTHIE ESQ.
Nevada Bar No. 8795
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsmile
joseph@vanlawfirm.com
tracee@vanlawfirm.com
*Attorneys for Plaintiffs Leslie Ann Trejo,*
*Guadalupe Rodriguez and Manuel Rodriguez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, <br><br> Defendants. | CASE NO. 2:20-cv-02039-APG-EJY <br><br> <s>PROPOSED</s> **JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)** |

Pursuant to Local Rule 26-1(e), the parties submit their proposed Discovery Plan and Scheduling Order. Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the preceding or next judicial day.

1. **Meeting:** Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f), a meeting was held on December 21, 2020, and was attended by Joseph Ortuno, Esq. of VAN LAW FIRM for Plaintiffs LESLIE ANN TREJO, GUADALUPE RODRIGUEZ and MANUEL RODRIGUEZ ("Plaintiffs")

1

and Scott A. Flinders, Esq., of HUTCHISON AND STEFFEN, PLLC, for Defendant AMERICAN FAMILY INSURANCE COMPANY ("Defendant") (collectively, "Parties").

2. **Pre-Discovery Disclosures:** Plaintiffs made their pretrial disclosures on January 7, 2021. Defendant believes fourteen (14) days are required to make their initial disclosures. Accordingly, Defendant will make their pre-discovery disclosures by January 22, 2020.

3. **Areas of Discovery:** The parties agree that the areas of discovery should include, but not be limited to: liability, causation, damages, and all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

4. **Discovery Plan:** The parties propose the following discovery plan:

   A. **Discovery Cut-off Date(s)**: LR 26-1(e)(1) provides that "unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." The parties jointly request a change to LR 26-1(e)(1) to extend the discovery period. Defendant filed its Notice of Removal on November 4, 2020. Defendant first appeared in this matter by filing an Answer in the United States District Court, District of Nevada, case number 2:20-cv-02039-APG-EJY, on November 13, 2020. Due to the Holidays and conflicting schedules, the Parties were unable to meet for their Rule 26 conference until December 20, 2020. At that meeting, the Parties felt there was a strong chance that this matter could be dismissed in order to pursue a private binding arbitration. In an effort to alleviate the Court of this matter, the Parties negotiated terms of an arbitration two weeks around the Christmas Holiday. However, despite the efforts of counsel, an agreement could not be reached.

   The parties therefore request that the discovery period be calculated as one hundred eighty (180) days from the date of the FRCP 26(f) conference which occurred on **December 20, 2020,** such that discovery closes on **June 18, 2021.**

   B. **Amending the Pleadings and Adding Parties**: The parties shall have until **March 19, 2021,** to file any motions to amend the pleadings to add parties. This is 90 days before the discovery cut-off date.

   C. FRCP 26(a)(2) Disclosure of Experts: Disclosure of experts shall proceed according to FRCP Rule 26(a)(2) and LR 26-1(e)(3) as follows: The disclosure of experts and their reports shall occur on or before **April 19, 2021**. The disclosure of rebuttal experts and their reports shall occur on

or before **May 19, 2021**. These deadlines are 60 and 30 days before the discovery cut-off date, respectively.

    D. **Interim Status Report:** The parties shall file the interim status report by **April 19, 2021**, 60 days before the discovery cut-off date, as required by LR 26-3.

    E. **Dispositive Motions:** The parties shall have until ~~May~~ **July 19, 2021**, to file dispositive motions. This is 30 days after the discovery cut-off date, as required by LR 26-1(e)(4).

    F. **Pre-Trial Order:** The parties will prepare a Consolidated Pre-Trial Order on or before ~~May~~ **August 19, 2021**, which is not more than 30 days after the date set for filing dispositive motions in the case, as required by LR 26-1(e)(5). This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be made in the pre-trial order

    G. **Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

    H. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off period must be made no later than **April 29, 2021**, 21 days before the discovery cutoff date.

    I. **Authorizations:** It is agreed by the Parties that Plaintiffs will execute and provide provider-specific HIPAA-Compliant Authorizations for the Release of Patient Information dated five (5) years prior to Plaintiffs' date of loss by January 22, 2021. Should additional authorizations be necessary in order for Defendant's Counsel to obtain Plaintiffs' complete medical records, the PARTIES will negotiate the facilitation of said authorizations.

    J. **Format of Discovery:** Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the FRCP 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

K. **FRCP 35 Examination:** Defendant reserves the right to have Plaintiff undergo an FRCP 35 Examination performed by Defendant's doctor(s), to be determined. Said independent medical examination is allowed pursuant to the Federal Rules of Civil Procedure and without waiving all objections thereto.

L. **Stipulated Protective Order:** Defendant's counsel has provided and Plaintiffs' counsel agrees that the Parties will enter into an agreed upon Stipulated Protective Order regarding the disclosure of confidential information in compliance with LR 7-1.

5. **Alternative Dispute Resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and, if applicable, early neutral evaluation.

6. **Alternative Forms of Case Disposition:** The parties have conferred on this issue and believe they will need at least some discovery before they can make any determination if alternative forms of case disposition are viable options for them.

7. **Electronic Evidence:** The parties certify that they may present evidence in electronic format to jurors for the purpose of jury deliberations in compliance with the Court's electronic jury evidence display system.

Dated this 7th day of January, 2021.

**VAN LAW FIRM**

  /s/ Joseph Ortuno
JOSEPH ORTUNO, ESQ.
Nevada Bar No. 11233
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsmile
joseph@vanlawfirm.com
tracee@vanlawfirm.com
*Attorneys for Plaintiffs Leslie Ann Trejo, Guadalupe Rodriguez and Manuel Rodriguez*

**HUTCHISON & STEFFEN, PLLC**

  /s/ Scott Flinders
SCOTT A. FLINDERS, ESQ. (6975)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
P: 702 385-2500
sflinders@hutchlegal.com
*Attorneys for Defendant American Family Insurance Company*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated:  January 8, 2021**

4