Scott A. Flinders (6975)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO.: 2:20-cv-02039-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(First Request)** |

The parties, by and through their counsel of record, submit their first Stipulation to Extend Discovery pursuant to LR 26-3 and LR IA 6-1:

1. <u>Discovery that has been completed:</u>

    a. Plaintiffs served their initial disclosures pursuant to FedRCivP 26(a)(1) on January 7, 2021

    b. Defendant served its initial disclosures pursuant to FedRCivP 26(a)(1) on January 22, 2021.

1         c.    Defendants propounded Interrogatories and Requests for Production to Plaintiffs, Leslie Ann Trejo, Guadalupe Rodriguez, and Manuel Rodriguez on December 8, 2020.  Plaintiffs responded to the Interrogatories and Requests for Production on January 11, 2021.

        d.    Plaintiffs propounded Interrogatories, Requests for Admission and Requests for Production to Defendant on February 22, 2021.

3.    Discovery remaining to be completed:

        a.    The retention and disclosure of the parties' initial experts and rebuttal experts.

        b.    The depositions of the parties, relevant witnesses and experts.

        c.    The anticipated propounding of additional written discovery.

4.    Description of why remaining discovery has not been completed within the time limits previously set by the Court:

Defendant has yet to receive medical authorizations from the Plaintiffs.  This has inhibited their ability to gather necessary records which will then be provided to their medical expert who will offer opinions based on their review of the records.  The parties are addressing this issue and expect a resolution shortly without the need for motion practice.  However, Defendant now requires additional time in order to be able to properly defend against Plaintiffs' claims.  The parties believe that a sixty (60) extension of the discovery deadlines will be sufficient.

5.    ~~Proposed~~ schedule for completing all remaining discovery:

 Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the discovery deadlines in accordance with the schedule below:

|  | **Current** | ~~**Proposed**~~ **Dates** |
|---|---|---|
| Discovery Cut-Off Date | 06/18/21 | 08/17/21 |
| Amend Pleadings or Add Parties | 03/19/21 | 05/18/21 |
| Expert Witness Disclosure | 04/19/21 | 06/18/21 |
| Rebuttal Expert Disclosures | 05/19/21 | 07/19/21 |
| Dispositive Motions | 07/19/21 | 09/17/21 |

| Joint Pretrial Order | 08/19/21 | 10/18/21 |
| Stipulation or Motion to Extend Discovery | 04/29/21 | 06/28/21 |

**IT IS SO STIPULATED.**

DATED this 17th day of March, 2021.    DATED this 17th day of March, 2021.

VAN LAW FIRM                             HUTCHISON & STEFFEN, PLLC

/s/ Joseph Ortuno                        /s/ Scott A. Flinders
_____          _____
Joseph Ortuno, Esq. (11233)              Scott A. Flinders (6975)
1290 S. Jones Blvd.                      Peccole Professional Park
Las Vegas, Nevada 89146                  10080 West Alta Drive, Suite 200
Telephone:  702-529-1011                 Las Vegas, Nevada 89145
joseph@vanlawfirm.com                    Telephone:  702-385-2500
                                         sflinders@hutchlegal.com
*Attorneys for Plaintiffs Leslie Ann Trejo,
Guadalupe Chaves Diaz and*               *Attorneys for Defendant*
*Manuel Rodriguez*                       *American Family Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
ELAYNA J. YOUCHAH
UNITED STATES DISTRICT COURT JUDGE

DATED this 17th day of March, 2021.

Submitted by:

HUTCHISON & STEFFEN, PLLC

/s/ Scott A. Flinders
_____
Scott A. Flinders (6975)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*