Scott A. Flinders (6975)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO.: 2:20-cv-02039-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(Second Request)** |

The parties, by and through their counsel of record, submit their second Stipulation to Extend Discovery pursuant to LR 26-3 and LR IA 6-1:

1. <u>Discovery that has been completed</u>:

    a. Plaintiffs served their initial disclosures pursuant to FedRCivP 26(a)(1) on January 7, 2021

    b. Defendant served its initial disclosures pursuant to FedRCivP 26(a)(1) on January 22, 2021.

///

  c. Defendants propounded Interrogatories and Requests for Production to Plaintiffs, Leslie Ann Trejo, Guadalupe Rodriguez, and Manuel Rodriguez on December 8, 2020. Plaintiffs responded to the Interrogatories and Requests for Production on January 11, 2021.

  d. Plaintiffs propounded Interrogatories, Requests for Admission and Requests for Production to Defendant on February 22, 2021. Plaintiff responded to the Interrogatories, Requests for Admission and Requests for Production on April 7, 2021.

  e. Defendant has taken the depositions of Plaintiffs Guadalupe Rodriguez and Manuel Rodriguez.

  f. The parties have disclosed their initial experts.

3. <u>Discovery remaining to be completed:</u>

  a. The retention and disclosure of the parties' rebuttal experts.

  b. The deposition of the plaintiff Leslie Trejo, the Person Most Knowledgeable from American Family Insurance Company, other potentially relevant witnesses and the parties' experts.

  c. Additional written discovery.

4. <u>Description of why remaining discovery has not been completed within the time limits previously set by the Court:</u>

There have been significant difficulties and delays in obtaining plaintiff Leslie Trejo's prior medical records. This information is necessary before proceeding with taking her deposition. This has also resulted in Defendant's expert being limited in his evaluation of the claim. The parties continue to work together to address this issue so that Defendant is able to fairly and thoroughly evaluate Plaintiffs' claims. Consequently, Defendant requires additional time in order to be able to properly defend against Plaintiffs' claims. Accordingly, the parties respectfully request a sixty (60) extension of the discovery deadlines.

///

///

5. Proposed schedule for completing all remaining discovery:

Based on the foregoing, the parties respectfully request that the Court grant their joint request to extend the discovery deadlines in accordance with the schedule below:

|  | **Current** | **Proposed Dates** |
|---|---|---|
| Discovery Cut-Off Date | 08/17/21 | 10/18/21 |
| Amend Pleadings or Add Parties | CLOSED | CLOSED |
| Expert Witness Disclosure | CLOSED | CLOSED |
| Rebuttal Expert Disclosures | 07/19/21 | 09/20/21 |
| Dispositive Motions | 09/17/21 | 11/17/21 |
| Joint Pretrial Order | 10/18/21 | 12/17/21 |
| Stipulation or Motion to Extend Discovery | 06/28/21 | 08/27/21 |

**IT IS SO STIPULATED.**

DATED this 28th day of June, 2021.　　　　DATED this 28th day of June, 2021.

VAN LAW FIRM　　　　　　　　　　　　　HUTCHISON & STEFFEN, PLLC

*/s/ Joseph Ortuno*　　　　　　　　　　　　*/s/ Scott A. Flinders*
_____　　　_____
Joseph Ortuno, Esq. (11233)　　　　　　　Scott A. Flinders (6975)
1290 S. Jones Blvd.　　　　　　　　　　　Peccole Professional Park
Las Vegas, Nevada 89146　　　　　　　　10080 West Alta Drive, Suite 200
Telephone: 702-529-1011　　　　　　　　Las Vegas, Nevada 89145
joseph@vanlawfirm.com　　　　　　　　　Telephone: 702-385-2500
　　　　　　　　　　　　　　　　　　　　sflinders@hutchlegal.com
*Attorneys for Plaintiffs Leslie Ann Trejo,*
*Guadalupe and Manuel Rodriguez*　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　*American Family Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2021

Submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Scott A. Flinders*
_____
Scott A. Flinders (6975)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendant*