MICHAEL T. NIXON, ESQ.
Nevada Bar No. 12839
SANDY VAN, ESQ.
Nevada Bar No. 10785
**VAN LAW FIRM**
1290 S. Jones Blvd.
Las Vegas, NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsimile
michael@vanlawfirm.com
sandy@vanlawfirm.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ, individuals,<br><br>Plaintiffs,<br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO. 2:20-cv-02039-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ (collectively, "Plaintiffs"), by and through their attorneys of record Michael Nixon, Esq., and Sandy Van, Esq., of VAN LAW FIRM; and Defendant AMERICAN FAMILY INSURANCE COMPANY ("Defendant"), by and through its counsel of record Scott A. Flinders, Esq., of HUTCHISON & STEFFEN, PLLC, hereby agree and stipulate for an order extending the time to extend discovery as set forth herein pursuant pursuant to LR 26-3 and LR IA 6-1:

/ / /

/ / /

1

## I. DISCOVERY COMPLETED

The Parties have engaged in diligent discovery in this matter. To date, the following discovery has been completed:

- Plaintiffs served their initial disclosures pursuant to FedRCivP 26(a)(1) on January 7, 2021.
- Defendant served its initial disclosures pursuant to FedRCivP 26(a)(1) on January 22, 2021.
- Defendants propounded Interrogatories and Requests for Production to Plaintiffs, Leslie Ann Trejo, Guadalupe Rodriguez, and Manuel Rodriguez on December 8, 2020. Plaintiffs responded to the Interrogatories and Requests for Production on January 11, 2021.
- Plaintiffs propounded Interrogatories, Requests for Admission and Requests for Production to Defendant on February 22, 2021. Defendants responded to the Interrogatories, Requests for Admission and Requests for Production on April 7, 2021.
- Defendant has taken the depositions of Plaintiffs Guadalupe Rodriguez and Manuel Rodriguez.
- The parties have disclosed their initial experts.

## II. DISCOVERY REMAINING

The parties intend to proceed with the following:

- The retention and disclosure of the parties' rebuttal experts.
- The deposition of the Plaintiff Leslie Trejo, the Person Most Knowledgeable from American Family Insurance Company, other potentially relevant witnesses and the parties' experts.
- Additional written discovery.

## III. REASONS FOR CONTINUANCE

Due to the COVID-19 pandemic, it is necessary that discovery deadlines be continued to allow for appropriate safety measures to be taken. Due to mandatory business closures, service of process and production of records are expected to take longer than usual. Also, party depositions have not been taken. In light of the difficulties incurred associated with the COVID-19 pandemic, the parties now request that discovery deadlines be extended.

Here, good cause exists. The parties have been actively conducting discovery. Additional time is needed to allow counsel for Plaintiff and Defendant to conduct the remaining discovery relevant to this matter. Consequently, the parties have agreed to another sixty (60) day extension of the remaining discovery deadlines in order to allow them sufficient time to complete the same.

### IV. PROPOSED SCHEDULE

The parties respectfully request that the foregoing proposed new dates listed below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cut-Off Date | 10/18/2021 | 12/17/2021 |
| Amend Pleadings or Add Parties | CLOSED | CLOSED |
| Expert Witness Disclosure | CLOSED | CLOSED |
| Rebuttal Expert Disclosures | 09/20/2021 | 11/19/2021 |
| Dispositive Motions | 11/17/2021 | 01/18/2022 |
| Joint Pretrial Order | 12/17/2021 | 02/15/2022 |
| Stipulation or Motion to Extend Discovery | 08/27/2021 | 10/26/2021 |

**IT IS HEREBY STIPULATED**

Dated this 1st day of September, 2021.         Dated this 1st day of September, 2021.
**VAN LAW FIRM**                                **HUTCHISON & STEFFEN, PLLC**


   /s/ Sandy Van, Esq.                         /s/ Scott A. Flinders, Esq.
MICHAEL T. NIXON, ESQ.                         SCOTT A. FLINDERS, ESQ.
Nevada Bar No. 12839                           Nevada Bar No. 6975
SANDY VAN, ESQ.                                Peccole Professional Park
Nevada Bar No. 10785                           10080 West Alta Drive, Suite 200
1290 S. Jones Blvd.                            Telephone: 702-385-2500
Las Vegas, NV 89146                            sflinders@hutchlegal.com
(702) 529-1011 Telephone                       *Attorney for Defendant,*
(702) 800-4662 Facsimile                       *American Family Insurance Company*
michael@vanlawfirm.com
sandy@vanlawfirm.com
*Attorneys for Plaintiffs*

*2:20-cv-02039-APG-EJY*
*Trejo et al. vs. American Family Insurance Company*
*Stipulation and Order to Extend Discovery*
*(Third Request)*
\*\*\*\*\*\*\*\*\*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the discovery deadlines be extended as follows:

| Event | New Deadlines |
|---|---|
| Discovery Cut-Off Date | 12/17/2021 |
| Amend Pleadings or Add Parties | CLOSED |
| Expert Witness Disclosure | CLOSED |
| Rebuttal Expert Disclosures | 11/19/2021 |
| Dispositive Motions | 01/18/2022 |
| Joint Pretrial Order | 02/15/2022 |
| Stipulation or Motion to Extend Discovery | 10/26/2021 |

**IT IS SO ORDERED**

**UNITED STATES MAGISTRATE JUDGE**

DATED: September 2, 2021

*Prepared and submitted by:*

**VAN LAW FIRM**

/s/ Sandy Van, Esq.
MICHAEL T. NIXON, ESQ.
Nevada Bar No. 12839
SANDY VAN, ESQ.
Nevada Bar No. 10785
1290 S. Jones Blvd.
Las Vegas, NV 89146
(702) 529-1011 Telephone
(702) 800-4662 Facsimile
michael@vanlawfirm.com
sandy@vanlawfirm.com
*Attorneys for Plaintiffs,*
*Leslie Ann Trejo, Guadalupe Rodriguez,*
*and Manuel Rodriguez*

4