UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ, individuals,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | Case No.: 2:20-cv-02039-JCM-EJY<br><br>**ORDER** |
|---|---|

Pending before the Court is Plaintiffs' Notice of Disassociation of Counsel and Request for Removal from Electronic Service. ECF No. 19. Plaintiffs' Notice advises the Court that attorneys Joseph Ortuno, Melinda M. Weaver, and Tracee L. Duthie are no longer associated with the Van Law Firm and are not representing Plaintiffs in this matter. *Id*. at 1. Sandy Van, Esq. will be lead counsel for Plaintiffs in this matter. *Id*. at 2.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice of Disassociation of Counsel and Request for Removal from Electronic Service (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that attorneys Joseph Ortuno, Melinda M. Weaver, and Tracee L. Duthie shall be removed from the CM/ECF service list in this action.

Dated this 8th day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1