Scott A. Flinders (6975)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702-385-2500
Facsimile: 702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*
*American Family Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE ANN TREJO, GUADALUPE RODRIGUEZ, and MANUEL RODRIGUEZ, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V,<br><br>Defendants. | CASE NO.: 2:20-cv-02039-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS GUADALUPE RODRIGUEZ'S AND MANUEL RODRIGUEZ'S CLAIMS AGAINST DEFENDANT *ONLY*** |

IT IS HEREBY STIPULATED by and between Michael Nixon, Esq. of the VAN LAW FIRM, counsel for Plaintiffs Guadalupe Rodriguez and Manuel Rodriguez, and Scott A. Flinders, Esq. of the law firm HUTCHISON & STEFFEN, PLLC, counsel for Defendant American Family Insurance Company, that the claims of Plaintiffs Guadalupe Rodriguez and Manuel Rodriguez against Defendant American Family Insurance Company *ONLY* be dismissed with prejudice.

/ / /

IT IS FURTHER STIPULATED that the names of Plaintiffs Guadalupe Rodriguez and Manuel Rodriguez be removed from the caption in the above-entitled matter.

**IT IS SO STIPULATED.**

DATED this _____ day of _____, 2021.    DATED this 26 day of August, 2021.

VAN LAW FIRM                                   HUTCHISON & STEFFEN, PLLC

_____              _____
Michael Nixon, Esq.                            Scott A. Flinders (6975)
Joseph Ortuno, Esq.                            Peccole Professional Park
1290 S. Jones Blvd.                            10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89146                        Las Vegas, Nevada 89145
Telephone: 702-529-1011                        Telephone: 702-385-2500
                                               sflinders@hutchlegal.com
*Attorneys for Plaintiffs Leslie Ann Trejo,*
*Guadalupe and Manuel Rodriguez*               *Attorneys for Defendant*
                                               *American Family Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 27, 2021