1  Scott A. Flinders (6975)
   HUTCHISON & STEFFEN, PLLC
2  Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone: 702-385-2500
   Facsimile: 702-385-2086
5  sflinders@hutchlegal.com

6
   *Attorneys for Defendant*
7  *American Family Insurance Company*

8

9              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
10

11 LESLIE ANN TREJO, GUADALUPE          CASE NO.: 2:20-cv-02039-APG-EJY
   RODRIGUEZ, and MANUEL RODRIGUEZ,
12 individuals,

13         Plaintiffs,                   **STIPULATION AND ORDER FOR**
                                         **DISMISSAL WITH PREJUDICE**
14 vs.

15
   AMERICAN FAMILY INSURANCE
16 COMPANY, a Foreign Corporation; DOE
   EMPLOYEES I-V and ROE COMPANIES I-V,
17
18         Defendants.

19
20     IT IS HEREBY STIPULATED by and between the parties in the above referenced case,

21 through their attorneys of record, that the sole remaining Plaintiff, Leslie Ann Trejo's claims

22 against American Family Insurance Company be dismissed with prejudice and that jury fees, if

23 any, shall be refunded to HUTCHISON & STEFFEN, PLLC; each party to bear their own

24 attorney's fees and court costs.

25 / / /

26 / / /

27 / / /

28                              1 of 2

**IT IS SO STIPULATED.**

DATED this ___7th___ day of ___Jan___, 2021.    DATED this ___20___ day of ___January___, 2021.

VAN LAW FIRM                               HUTCHISON & STEFFEN, PLLC

_____    _____
Kristine Maxwell, Esq.                     Scott A. Flinders (6975)
1027 S. Rainbow Blvd., Suite 200    Peccole Professional Park
Las Vegas, Nevada 891456           10080 West Alta Drive, Suite 200
Telephone:  702-529-1011            Las Vegas, Nevada 89145
                                                    Telephone:  702-385-2500

*Attorneys for Plaintiff Leslie Ann Trejo*

                                                    *Attorneys for Defendant*
                                                    *American Family Insurance Company*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ___January 21, 2022___